```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
          - v. -                    :   INFORMATION
                                    :
CARLO ALLONI,                       :   18 Cr.
                                    :
                       Defendant.   :   18 CRIM 350
- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

(Conspiracy to Violate the Foreign Corrupt Practices Act)

The United States Attorney charges:

1. From at least in or around May 2010 through at least in or around August 2013, in the Southern District of New York and elsewhere, CARLO ALLONI, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, being an agent of an issuer, to violate the Foreign Corrupt Practices Act ("FCPA"), Title 15, United States Code, Section 78dd-1.

2. It was a part and object of the conspiracy that CARLO ALLONI, the defendant, being an agent of an issuer ("Company A"), would and did knowingly and willfully make use of the mails and means and instrumentalities of interstate commerce corruptly in furtherance of an offer, payment, promise to pay,

and authorization of the payment of any money, and offer, gift, promise to give, and authorization of the giving of anything of value to a foreign official and to a person, while knowing that all and a portion of such money and thing of value would be offered, given, and promised, directly and indirectly, to a foreign official, for purposes of: (i) influencing acts and decisions of such foreign official in that foreign official's official capacity; (ii) inducing such foreign official to do and omit to do acts in violation of the lawful duty of such foreign official; (iii) securing an improper advantage; and (iv) inducing such foreign official to use that foreign official's influence with a foreign government and instrumentalities thereof to affect and influence acts and decisions of such government and instrumentalities, to wit, ALLONI conspired to bribe government officials in the Republic of Djibouti in order to assist Company A in obtaining and retaining business for and with, and directing business to, Company A, a subsidiary of Company A ("Subsidiary A"), and others.

## Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

        a.    On or about August 24, 2011, CARLO ALLONI, the defendant, and co-conspirators caused Subsidiary A to send a wire transfer in the amount of approximately $1,441,050 from a bank account in the United Arab Emirates, through a bank account in the Southern District of New York, to a bank account in Djibouti in the name of a consulting company ("Consulting Company 1"), as a bribe payment for a foreign official ("Foreign Official 1"), and other foreign officials, of Djibouti, in order to induce Foreign Official 1 and other foreign officials to ensure that Djibouti's state-owned telecommunications company ("Company B") would award a contract to Subsidiary A.

        b.    On or about October 27, 2011, CARLO ALLONI, the defendant, and co-conspirators caused Subsidiary A to send a wire transfer in the amount of approximately $171,703 from a bank account in the United Arab Emirates, through a bank account in the Southern District of New York, to a bank account in Djibouti in the name of Consulting Company 1, as a bribe payment for Foreign Official 1 and other foreign officials, of Djibouti, in order to induce Foreign Official 1 and other foreign officials to ensure that Company B would award a contract to Subsidiary A.

        c.    On or about March 9, 2012, CARLO ALLONI, the defendant, and co-conspirators caused Subsidiary A to send a wire transfer in the amount of approximately $545,230 from a

bank account in the United Arab Emirates, through a bank account in the Southern District of New York, to a bank account in Djibouti in the name of Consulting Company 1, as a bribe payment for Foreign Official 1 and other foreign officials, of Djibouti, in order to induce Foreign Official 1 and other foreign officials to ensure that Company B would award a contract to Subsidiary A.

(Title 18, United States Code, Section 371.)

### FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Information, CARLO ALLONI, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

### Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

  (Title 18, United States Code, Sections 981 and 982;
   Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

*[signature]*
GEOFFREY S. BERMAN TH
United States Attorney
Southern District of New York

*[signature]*
SANDRA MOSER
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLO ALLONI,

Defendant.

**INFORMATION**

18 Cr.

(18 U.S.C. § 371.)

GEOFFREY S. BERMAN
United States Attorney.

SANDRA MOSER
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice.