UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA        :
                                :   **SEALED ORDER**
        - v. -                  :
                                :   18 Cr. 350 (GBD)
CARLO ALLONI,                   :
                                :
        Defendant.              :
- - - - - - - - - - - - - - - - - - X

WHEREAS an application was made in this Court on May 17, 2018, by the United States of America, with the defendant's consent, for the sealing of filings and delayed docketing in the above-captioned case until further order by this Court; and

WHEREAS, the Court finds, based on the statements made in Court in support of the Government's application, that active investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that filings and other docket entries in the above-captioned case be maintained under seal until further order by this Court;

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further order by this Court; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of filings and

1

transcripts of proceedings in this matter without further order by the Court.

Dated: New York, New York
       May ___, 2018

MAY 1 8 2018

_____
THE HONORABLE GEORGE B. DANIELS
United States District Judge
Southern District of New York