USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 9 2018

**UNITED STATES MAGISTRATE COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLO ALLONI,

Defendant.

_____/

**SEALED ORDER**

18 Cr. 350 (GBD)

### ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

WHEREAS an application was made on October 18, 2018 by Jacqueline M. Arango, Esq., counsel for Defendant Carlo Alloni requesting permission for Defendant to travel; and

WHEREAS AUSA David Abramowicz has no objection to this travel request; and

WHEREAS this Court finds sufficient cause for the travel request;

IT IS HEREBY ORDERED that Defendant, Carlo Alloni, may travel as requested from October 25-29, 2018 and from January 25-27, 2019.

SO ORDERED this 19th day of October, 2018

*George B. Daniels*

THE HONORABLE GEORGE B. DANIELS
United States District Judge
Southern District of New York

46668405;1