UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

            -against-

CARLO ALLONI,

                    Defendant.
------------------------------------- x

ORDER

18 Cr. 350 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The November 8, 2018 sentencing is adjourned to January 31, 2019 at 10:00 a.m.

Dated: New York, New York
       October 24, 2018

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge