UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLO ALLONI,

Defendant.
_____/

**SEALED ORDER**

18 Cr. 350 (GBD)

### ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

WHEREAS an application was made on July 10, 2019 by Jacqueline M. Arango, Esq., counsel for Defendant Carlo Alloni requesting permission for Defendant to travel; and

WHEREAS AUSA David Abramowicz has no objection to this travel request; and

WHEREAS this Court finds sufficient cause for the travel request;

IT IS HEREBY ORDERED that Defendant, Carlo Alloni, may travel as requested from August 17 to 27, 2019.

SO ORDERED this _____ day of July, 2019.

JUL 1 1 2019

_George B. Daniels_
THE HONORABLE GEORGE B. DANIELS
United States District Judge
Southern District of New York

49413331;1

**akerman**

Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131

T: 305 374 5600
F: 305 374 5095
DirF: 305 349 4655

July 10, 2019

**SEALED**

**By Fax**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Carlo Alloni, Case No. 18 Cr. 350 (GBD)**

Dear Judge Daniels:

We are the attorneys for Carlo Alloni, defendant in the above-captioned matter. By way of background, Mr. Alloni resides in London while on bond and is not subject to pre-trial supervision. According to his bond conditions, Mr. Alloni may travel throughout Europe and the Caribbean for business and to Italy and Brazil for personal reasons. We write to seek a modification of Mr. Alloni's bond conditions by adding additional limited travel to the Republic of Cabo Verde from August 17 to 27 for a family vacation with his five-year old son and wife. The Government by AUSA David Abramowicz does not object to this request.

We thank the Court for its attention to this request and are available to answer any questions.

Respectfully submitted,

Jacqueline M. Arango
AKERMAN LLP
Counsel for Defendant Carlo Alloni

cc: AUSA David Abramowicz

Encl.