UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLO ALLONI,

Defendant.
_____/

**SEALED ORDER**

18 Cr. 350 (GBD)

## ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

WHEREAS an application was made on August 10, 2020 by Jacqueline M. Arango, Esq., counsel for Defendant Carlo Alloni requesting permission for Defendant to travel; and

WHEREAS AUSA David Abramowicz has no objection to this travel request; and

WHEREAS this Court finds sufficient cause for the travel request;

IT IS HEREBY ORDERED that Defendant, Carlo Alloni, may travel as requested from August 23 to 30, 2020.

SO ORDERED this 12th day of August, 2020.

AUG 1 2 2020

THE HONORABLE GEORGE B. DANIELS
United States District Judge
Southern District of New York

54098437;1