

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2020

**TO BE FILED UNDER SEAL**

**By Email**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: (212) 805-6737

**SO ORDERED:**

*/s/ George B Daniels*
George B. Daniels, U.S.D.J.

Dated: SEP 1 0 2020

Re:   *United States v. Carlo Alloni*, 18 Cr. 350 (GBD)

Dear Judge Daniels:

The Government respectfully requests that the Court enter a limited unsealing order that permits the Government to inform law enforcement authorities in Sweden of defendant Carlo Alloni's guilty plea and cooperation. We further request that this case and all related filings otherwise remain sealed until further order of the Court.

The defendant, through counsel, consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:   /s/
David Abramowicz
Assistant United States Attorney
(212) 637-6525

cc:   Jacqueline Arango, Esq. & Brian Miller, Esq. (by email)