UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

CARLO ALLONI

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Cr. 350 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to unseal the above-captioned action.

Dated: New York, New York
       September 13, 2021

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge