**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 14, 2022

**By ECF & Email**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: (212) 805-6737

JAN 1 9 2022

SO ORDERED
The sentencing is adjourned to May 17, 2022
at 10:00 a.m.

/s/ George B. Daniels

Re:   *United States v. Carlo Alloni*, 18 Cr. 350 (GBD)

Dear Judge Daniels:

The Government respectfully requests that the sentencing control date in this matter set for Tuesday, January 18, 2022, be adjourned for approximately four months, or until such other time that is convenient for the Court. The adjournment is requested to facilitate any additional cooperation of the defendant as contemplated in the parties' plea agreement.

The defendant, through defense counsel, consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ____/s/_____
David Abramowicz & Juliana Murray
Assistant United States Attorneys
(212) 637-6525 / 2314

cc:   Jacqueline Arango, Esq. & Brian Miller, Esq. (by ECF & email)