**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,                          :
                                                   :
              -against-                            :
                                                   :          ORDER
CARLO ALLONl                                       :
                                                   :       18 Cr. 350 (GBD)
                      Defendant.                   :
                                                   :
                                                   :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     The August 24, 2022 sentencing control date is adjourned until December 14, 2022 at 9:45

AM.


Dated: New York, New York
      August 15, 2022

                                     SO ORDERED.

                                       _George B. Daniels_

                                     GEORGE B. DANIELS
                                     UNITED STATES DISTRICT JUDGE