UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

CARLO ALLONI,

Defendant.

------------------------------------- x

ORDER

18 Cr. 350 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 11, 2023 sentencing is adjourned to June 28, 2023 at 10:15 a.m.

The Clerk of Court is directed to close the open letter motion at ECF No. 31.

Dated: March 28, 2023
New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge