UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CARLO ALLONI,<br><br>Defendant | Case No. 18 Cr. 350 (GBD)<br><br>ORDER TO RELEASE BOND |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Defendant Alloni is hereby released from the Appearance Bond and the Order Setting Conditions of Release [ECF No. 5] (the "Appearance Bond").

The Clerk of the United States District Court for the Southern District of New York shall release the cash Appearance Bond of $250,000 to the IOLTA Trust Account of King & Spalding LLP via direct deposit in accordance with confidential banking information to be provided by counsel for Defendant Alloni to the Clerk on Form AO 213P or such other documentation as the Clerk may require.

Dated: July 6, 2023

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge